## People of the State of Illinois, Appellee, v. Leroy Broadnax, Appellant.

### Gen. No. 54,298.

First District, Second Division.
October 13, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**